**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NANCY MELLO MILLER,       ) | |
|   Plaintiff                              ) | CIVIL ACTION NO.: 3:21-cv-1231 |
|                                   ) | |
| VS.                                       ) | |
|                                     ) | |
| DOROTHY MELISSA MILLER,    ) | |
|   Defendant                           ) | SEPTEMBER 15, 2021 |

## COMPLAINT

## NATURE OF THE SUIT

1. This is a civil action for relief from claims against the individual Defendant of stalking, defamation and tortious interference with business opportunities and for damages to compensate the Plaintiff for the harm she has suffered, and will continue to suffer, by reason of the malicious and intentional acts of the Defendant.

2. Plaintiff seeks a declaration and order that Defendant cease and desist from stalking and/or defaming Plaintiff in any way.

## THE PARTIES

3. The Plaintiff Nancy Mello Miller is a resident of the State of Connecticut.

4. Upon information and belief, at all times mentioned herein, the Defendant Dorothy Melissa Miller was, and is, a resident of the State of Virginia.

1

**THE HARDESTY LAW FIRM, LLC**
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1337.

6. Venue is proper in the United State District Court for the District of Connecticut pursuant to 28 U.S.C. §1391 and 28 U.S.C. §1398 because the subject matter at issue in this matter and damages suffered by Plaintiff due to the claims against Defendant occurred in Connecticut. Also, Plaintiff resides in Connecticut and she maintains her principal business office in Connecticut.

## COUNT ONE – VIOLATION OF 18 U.S.C. §2661A (STALKING)

7. Plaintiff repeats and realleges the allegations of paragraphs 1 through 6 as if more fully set forth herein.

8. Plaintiff and Defendant are related by marriage in that they are married to brothers Michael Scott Miller and William Lee Miller respectively.

9. Plaintiff owns and operates "Nancy Mello Psychic Medium, LLC" a limited liability company duly formed and organized in the State of Delaware on or about February 1, 2019 and authorized to conduct business in Connecticut, operating at 202 Ensign Drive, Mystic, Connecticut, and insured as such as required by the laws of the State of Connecticut.

2

**THE HARDESTY LAW FIRM, LLC**
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156

10. Immediately after Plaintiff commenced her business, Defendant began aggressively and repeatedly contacting Plaintiff, Plaintiff's clients and prospective clients of Plaintiff in a malicious and defamatory manner.

11. Since Plaintiff commenced her business, Defendant has repeatedly published false and fraudulent statements and claims related to the Plaintiff.

12. Defendant, through accounts in her name and certain aliases, has utilized interactive computer services and facilities of interstate commerce, including the internet and social media, publication and posts on, including, but not limited to: *one-question.net*, *TikTok, Facebook.com and Instagram* to engage in stalking and attempting to intimidate and harass Plaintiff, Plaintiff's clients and prospective clients of Plaintiff in a malicious and defamatory manner.

13. Based upon the posted video content, Defendant has repeatedly engaged in said intentional and malicious conduct from her place of employment, CJW Medical Center in Virginia, while on working for CJW Medical Center and on duty there as a registered nurse.

14. Despite Plaintiff's demand that Defendant cease and desist from doing so, Defendant has continued to attempt to intimidate and harass Plaintiff, Plaintiff's clients and prospective clients of Plaintiff in a malicious and defamatory manner.

15. Defendant's conduct alleged above was conducted in conjunction with interstate commerce.

3

THE HARDESTY LAW FIRM, LLC
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156

16. As a result and proximate cause of Defendant's conduct described above, the Plaintiff has suffered, and will continue to suffer, substantial emotional distress.

17. As a result and proximate cause of Defendant's conduct described above, Plaintiff sustained injuries and she was forced to undergo medical testing and treatment.

18. As a result and proximate cause of Defendant's conduct described above, Plaintiff was required to spend various sums of money for medical care, medical testing and prescription medication necessitated by her injuries.

19. As a result and proximate cause of Defendant's conduct described above, Plaintiff has been unable to engage in her usual activities.

20. Moreover, as a result and proximate cause of Defendant's conduct described above, Plaintiff has suffered, and will continue to suffer, anxiety and fear of increased and worsening impairment and disability in the future and the need for further and more invasive medical treatment.

21. The Plaintiff claims damages.

4

**THE HARDESTY LAW FIRM, LLC**
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156

## COUNT TWO – DEFAMATION

22. Plaintiff repeats and realleges the allegations of paragraphs 1 through 21 as if more fully set forth herein.

23. Defendant's above-referenced publications and posts made the following false and fraudulent statements and claims related to the Plaintiff:

    a. That Plaintiff has "cause (sic) a tremendous amount of harm to her family."

    b. That Plaintiff caused the death of Plaintiff's companion animal, a 4-year old akita canine named "Koa" due to Plaintiff's neglect.

    c. That Plaintiff traumatized, neglected and almost caused the death of Plaintiff's companion animal, a 12-year old golden doodle canine named "Toffee".

    d. That Plaintiff traumatized and neglected Plaintiff's companion animal, a mini-poodle canine named "Holly".

    e. That Plaintiff has caused mental and physical harm to both humans and animals.

    f. That Plaintiff has abused her family.

    g. That Plaintiff is "scamming" prospective clients and individual clients with whom she has been retained and for whom she has provided services.

    h. "If a bad review is left …. she [Plaintiff] will send out her minions to disrupt your family and discredit you and threaten legal action".

5

THE HARDESTY LAW FIRM, LLC
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156

      i. "She [Plaintiff] is trying to exploit her dog that she killed for likes and money."

      j. That Plaintiff is a narcissist.

      k. That Defendant is "speaking the truth so" Plaintiff "doesn't harm anyone else."

24. Said publications, and the statements and claims included therein, were false, malicious and defamatory.

25. Said publications were intentionally made by the Defendant while Plaintiff's husband, an active duty military officer in the U.S. Navy, was stationed away from home in Virginia.

26. Said statements and claims identified the Plaintiff to third persons.

27. Said defamatory statements and claims were published to third persons.

28. Upon information and belief, the Plaintiff's personal and business reputations suffered injury as a result of said actions and statements of the Defendant.

29. As a result and proximate cause of Defendant's conduct described above, Plaintiff's business has suffered ascertainable damages.

30. Plaintiff claims damages.

## COUNT THREE – TORTIOUS INTERFERENCE WITH BUSEINSS OPPORTUNITY

31. Plaintiff repeats and realleges the allegations of paragraphs 1 through 30 as if more fully set forth herein.

6

**THE HARDESTY LAW FIRM, LLC**
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156

32.     Plaintiff routinely performs consumer services in Connecticut and throughout the United States, Canada and other countries.

33.     Upon information and belief, said conduct, actions, statements and claims of the Defendant have and continue to interfere with the Plaintiff's business opportunities.

34.     Plaintiff claims loss of business opportunities and damages.

   **WHEREFORE**, Plaintiff demands judgment against the Defendant as follows:

   1.   As to Count One, an Order that Defendant cease and desist from stalking Plaintiff in any way;

   2.   As to Count One, money damages in excess of $75,000.00 and in an amount sufficient to compensate the Plaintiff for her injuries, impairments and losses;

   3.   As to Count Two, an Order that Defendant cease and desist from defaming Plaintiff in any way;

   4.   As to Count Two, money damages in excess of $75,000.00 and in an amount sufficient to compensate the Plaintiff for her injuries, impairments and losses;

   5.   As to Count Three, money damages in excess of $75,000.00 and in an amount sufficient to compensate the Plaintiff for her injuries, impairments and losses; and

   6.   Such other and further relief as the Court deems just, proper and equitable.

7

**THE HARDESTY LAW FIRM, LLC**
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156

**PLAINTIFF,
NANCY MELLO MILLER**

By: /s/ Michael A. Hardesty
    Attorney Michael A. Hardesty
    Federal Bar #ct10159
    12 Roosevelt Avenue
    Packer Business Suite 2
    Mystic, CT 06355
    Telephone: (860) 572-1551
    Facsimile: (860 572-1661
    Email:  mike@hardestylawfirm.com
    Her Attorney

8

**THE HARDESTY LAW FIRM, LLC**
The Mystic Packer Building, 12 Roosevelt Avenue, Packer Business Suite 2, Mystic, CT 06355
♦ Telephone (860) 572-1551 ♦ Facsimile (860) 572-1661 ♦ Juris # 405156